## Clearfield Borough *v.* Clearfield Borough Park Authority, Appellant.

Argued November 10, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY and NIX, JJ.

*Richard S. Bell,* with him *Bell, Silberblatt & Swoope,* for appellant.

*Carl A. Belin, Jr.,* for appellee.

OPINION PER CURIAM, March 16, 1973:
Order affirmed.
Mr. Justice MANDERINO took no part in the consideration or decision of this case.